IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

FILED
SEP 12 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Kyle E. Cox,                    )
    Petitioner              )
v.                              ) Case No. 2:24-cv-10676
Eric Rardin,                    )
    Respondent              )

## MOTION FOR LEAVE TO SUPPLEMENT FILING

    Now comes Kyle E. Cox, Petitioner in the above referenced case and respectfully requests leave to supplement the previous filing per rule 15 of the Federal Rules of Civil Procedure.

    Petitioner submits the updated First Step Act (FSA) Time Credit Assessment Sheet (EXHIBIT I) as further evidence in support of his original Writ of Habeas Corpus under U.S.C. § 2241. This new information falls within the langauge of Rule 15(c)(1)(B) that allows for an amendment to the filing when the new information "asserts a claim or defense that arose out of the conduct, transaction or occurence setout - or attempted to be set out - in the original pleading." The Sixth Circuit routinely allows pleadings to be supplemented or ammended when the ammendment is not brought in bad faith, offered for dilatory purposes, and does not prejudice the opposing party. Foman v. Davis 371 US 178 182, 183 S. Ct. 227 9 L.Ed.2d 222 (1962). The supplemental information offered here comports with all of those requirements.

    On September 3, 2024, the Bureau of Prisons released the most current update of the FSA Time Credit Assessment Sheet that displays a new "Planning" section, including an "FSA Conditional Placement Date," that is being published for all

FSA-eligible inmates. This very date has been the subject of dispute throughout the Administrative Remedy process, and now matches, almost identically (EXHIBIT C, P.2 of 3), Petitioner's contention of the proper calculation of the correct date of transfer to prerelease custody. Indeed, BOP has now determined Petitioner's FSA Conditional Placement Date to be June 2, 2024 - over 3 months ago. (EXHIBIT I P.2)

That date contemplates the calculation and award of 1165 FSA Conditional Placement Days to the Petitioner. The new BOP document speaks for itself, and the provided number accounts for all of the days he will earn over his sentence - the heartland of his argument to this Court. As of the date of this filing (effective one day after being provided with the new information) Petitioner has approximately 1,070 days left on his sentence. The FTC amount calculated by BOP has now exceeded the amount of time remaining on his sentence. This evidence supports Petitioner's position and hopefully is helpful to the Court in reaching its decision.

For this and the foregoing reasons, the Petitioner respectfully asks the Court to grant his Writ of Habeas Corpus, requiring the BOP to immediately transfer Petitioner to prerelease custody per the provisions of 18 U.S.C § 3624(g)(1)(A).

Respectfully submitted,

*/s/ Kyle E. Cox*

Kyle E. Cox
15052-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160-1000

CERTIFICATE OF SERVICE

I hereby certify that I sent this Motion for Leave to the Clerk of the United States District Court for the Eastern District of Michigan via the United States Postal Service on September 5, 2024, and request a written receipt as well as a file stamped copy be returned to the Petitioner.

*Kyle E. Cox*

Kyle E. Cox
15052-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160-1000

# FSA Time Credit Assessment
Register Number:15052-028, Last Name:COX

**U.S. DEPARTMENT OF JUSTICE**  **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 15052-028          Responsible Facility: MIL
Inmate Name                              Assessment Date.....: 09-03-2024
  Last.............: COX                 Period Start/Stop...: 12-21-2018 to 09-03-2024
  First............: KYLE                Accrued Pgm Days....: 2083
  Middle...........: EDWARD              Disallowed Pgm Days.: 0
  Suffix...........:                     FTC Towards RRC/HC..: 640
Gender.............: MALE                FTC Towards Release.: 365
Start Incarceration: 09-20-2016          Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 07-17-2019 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-17-2019 | 09-03-2024 | accrue | 1875 |

  Accrued Pgm Days...: 1875
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 945

--- **FSA Assessment** ---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | ACTUAL | FSA R-LW | 04-28-2021 1135 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | ACTUAL | FSA R-LW | 11-24-2021 1044 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | ACTUAL | FSA R-LW | 05-12-2022 0809 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | ACTUAL | FSA R-LW | 10-27-2022 1102 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | ACTUAL | FSA R-LW | 04-20-2023 0926 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | ACTUAL | FSA R-LW | 10-03-2023 1713 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | ACTUAL | FSA R-LW | 04-02-2024 0614 | 15 |

--- **Planning** ---

Projected Release Date: 08-10-2028
Projected Release Method: GCT REL
FSA Projected Release Date: 08-11-2027

---

Assessment Date: 09-03-2024  (1)  Assessment# -2144617125

# FSA Time Credit Assessment

Register Number:15052-028, Last Name:COX

**U.S. DEPARTMENT OF JUSTICE**  **FEDERAL BUREAU OF PRISONS**

FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 08-11-2027
FSA Conditional Placement Days: 1165
FSA Conditional Placement Date: 06-02-2024
SCA Proposed Placement Days: N/A
SCA Proposed Placement Date: N/A

Kyle Cox  15052-029
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

Office Of The Clerk
United States District Court
Theodore Levin Courthouse
231 W. Lafayette Blvd., 5th Floor
Detroit, MI 48226

